UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH LEONARD,<br><br>            Petitioner,<br><br>     v.<br><br>HUNTER ANGLEA,<br><br>            Respondent. | No.  2:19-cv-0230 TLN DB P<br><br><br>ORDER |

Petitioner is a state prisoner proceeding pro se with a petition for a writ of habeas corpus under 28 U.S.C. § 2254.  Respondent has requested an extension of time to file an answer or other responsive pleading.

Good cause appearing, IT IS HEREBY ORDERED that respondent's motion for an extension of time (ECF No. 46) is granted.  Respondent shall file a response to the petition on or before April 5, 2021.

Dated:  March 3, 2021

DLB:14
DB/prisoner-habeas/leon0230.answ eot

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

1