UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH LEONARD,<br><br>                      Petitioner,<br><br>         v.<br><br>PATRICK EATON,<br><br>                      Respondent. | No.  2:19-cv-00230-TLN-SCR<br><br>**ORDER** |

Petitioner Joseph Leonard ("Petitioner"), a state prisoner proceeding pro se, filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 30, 2025, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty one days.  (ECF No. 60.) Neither party filed objections to the findings and recommendations.

The Court presumes that any findings of fact are correct.  *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed de novo. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).  The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

1     Accordingly, IT IS HEREBY ORDERED that:

2     1. The findings and recommendations (ECF No. 60) are adopted;

3     2. Petitioner's application for a writ of habeas corpus is denied.

4     3. The Court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253.

    IT IS SO ORDERED.

Date: December 15, 2025

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE